

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-13-00657-CV

In the **INTEREST OF U.B., R.B., and B.B.**, Children

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02670
Honorable Charles E. Montemayor, Associate Judge Presiding

Opinion by:  Luz Elena D. Chapa, Justice

Sitting:  Catherine Stone, Chief Justice
Karen Angelini, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  February 5, 2014

MOTION TO WITHDRAW GRANTED; AFFIRMED

Ricardo B.[1] appeals the trial court's order terminating his parent-child relationships with U.B., R.B., and B.B.  Appellant's court-appointed appellate attorney filed a motion to withdraw and a brief containing a professional evaluation of the record, demonstrating there are no arguable grounds to be advanced, and concluding the appeal is frivolous.  The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967).  *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, *4 (Tex. App.—San Antonio May 21, 2003, order) (applying *Anders* procedure to appeals from orders terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio Sept. 10, 2003, no pet.) (mem. op.).  Appellant was provided a copy of the brief and

---

[1] To protect the identity of the minor children, we refer to the children by their initials and to appellant by his first name and last initial.  *See* TEX. FAM. CODE ANN. § 109.002(d) (West 2011); TEX. R. APP. P. 9.8.

the motion to withdraw and was informed of his right to review the record and file his own brief. *See Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet.) (per curiam); *In re R.R.*, 2003 WL 21157944, at *4.  Appellant did not file a pro se brief.

We have reviewed the record and the attorney's *Anders* brief, and we agree with counsel that the appeal is without merit.  Accordingly, we grant the motion to withdraw and affirm the trial court's order.

Luz Elena D. Chapa, Justice